Exhibit A

| | |
|---|---|
| DISTRICT COURT, EL PASO COUNTY<br>STATE OF COLORADO<br>Court Address:  270 S. Tejon Street<br>                         Colorado Springs, CO  80903 | DATE FILED: November 14, 2022 3:11 PM<br>FILING ID: E1DE072B44FEC<br>CASE NUMBER: 2022CV31976 |
| **Plaintiff:**<br>BRITTANY TETER<br><br>**Defendant:**<br>WALMART, INC. | ▲  COURT USE ONLY  ▲ |
| Attorneys for Plaintiff:<br>       PRIBILA & FIELDS, PC<br>       Bethany A. Pribila, #35221<br>       Timothy L. Fields, #40037<br>Address:  628 North Weber Street<br>                   Colorado Springs, CO  80903<br>Phone Number: (719) 473-1238<br>Fax Number:    (719) 473-2542<br>Email:      bpribila@pribila.com<br>                 tfields@pribila.com | Case Number: 2022CV_____<br><br>Div.:  _____ |
| **COMPLAINT** ||

COMES NOW the Plaintiff, Brittany Teter, by and through her attorneys, PRIBILA & FIELDS, PC, and for a Complaint against the Defendants, states, alleges, and avers as follows:

## GENERAL ALLEGATIONS

1. Plaintiff, Brittany Teter, is and was at all times pertinent hereto a resident of the County of El Paso, State of Colorado.

2. Upon information and belief, Defendant, Walmart, Inc., was at all times pertinent hereto is a foreign corporation, authorized to do and doing business in the State of Colorado, with a registered agent for service of process, CT Corporation System, located at 7700 E. Arapahoe Road, Suite 220, Centennial, CO 80112-1268. Defendant, Walmart, Inc., was also at all times pertinent hereto, a landowner of the real property located at 1575 Space Center Drive, Colorado Springs, CO 80915 pursuant to C.R.S. §13-21-115.

3. To date, an unidentified employee, John Doe, was an employee of Walmart, Inc. acting within the course and scope of his employment at the time of the November 24, 2020 incident.

Exhibit A

4. On or about November 24, 2020, Plaintiff, Brittany Teter, was injured after an employee of Walmart, Inc., John Doe, hit her in the back with multiple shopping carts within the premises known as Walmart Supercenter located at 1575 Space Center Drive, Colorado Springs, CO 80915.

5. Plaintiff was conducting herself in a lawful and careful manner at said time and place.

6. Pursuant to C.R.C.P. 98, jurisdiction and venue are proper in the District Court of El Paso County in the State of Colorado because the acts giving rise to this action occurred in El Paso County.

## FIRST CAUSE OF ACTION - PREMISES LIABILITY AGAINST DEFENDANT, WALMART, INC.

7. Plaintiff hereby incorporates paragraphs one through six as though fully set forth herein.

8. C.R.S. § 13-21-115 sets out a cause of action for a civil action brought against a landowner by a person who alleges injury occurring while on the real property of another and by reasons of the condition of such property, or activities conducted or circumstances existing on such property.

9. Upon information and belief, on or about November 24, 2020, Defendant, Walmart, Inc., was the owner of the property known as Walmart Supercenter located at 1575 Space Center Drive, Colorado Springs, CO 80915.

10. Upon information and belief, on or about November 24, 2020, Defendant, Walmart, Inc., was a company legally responsible for the activities conducted or the circumstances existing on the property located at Walmart Supercenter located at 1575 Space Center Drive, Colorado Springs, CO 80915; specifically, maintaining the condition of the premises and the activities of its employees. Therefore, Walmart, Inc., was a landowner as defined in C.R.S. § 13-21-115(1).

11. On or about November 24, 2020, Plaintiff, Brittany Teter, was an invitee at Walmart Supercenter located at 1575 Space Center Drive, Colorado Springs, CO 80915 at the time of the incident. Ms. Teter was an invitee because she went to the business known as Walmart Supercenter located at 1575 Space Center Drive, Colorado Springs, CO 80915 to purchase goods and transact business.

12. Plaintiff, Brittany Teter was present at Walmart Supercenter located at 1575 Space Center Drive, Colorado Springs, CO 80915 on November 24, 2020 with the permission of Defendant, Walmart, Inc.

13. Defendant, Walmart, Inc., violated C.R.S. § 13-21-115 by failing to exercise reasonable care to maintain said premises in a Walmart, Inc. safe condition for use by the general

Exhibit A

public, and specifically, Plaintiff, Brittany Teter, and unreasonably failed to exercise reasonable care to protect against dangers of which it knew or should have known, which caused Plaintiff to sustain injuries on its premises. Walmart, Inc. is responsible for the activities conducted or circumstances existing on its premises including the acts and omissions of its employees. Upon information and belief, Defendant, Walmart, Inc., unreasonably failed to exercise reasonable care to protect against dangers of which it knew or should have known.  Walmart, Inc. was responsible for supervising its employees.  One of its employees, a male employee identified as John Doe, carelessly pushed multiple shopping carts into the back of Ms. Teter.

14. John Doe was acting within the course and scope of his employment with Defendant Wal-Mart, Inc. when he carelessly pushed the shopping carts into Ms. Teter's back.

15. At the time of the incident, John Doe was engaged in activities in furtherance of Defendant Walmart, Inc's business, as a cart attendant pushing shopping carts within the store. Mr. Doe was acting pursuant to the authorization of his employer Defendant Walmart, Inc. as to the manner of his actions in pushing shopping carts within the store.

16. At the time of the incident, John Doe was acting pursuant to the authorization of his employer Defendant Walmart, Inc. and was allowed to push shopping carts within the Walmart Supercenter.

17. As a result of such unreasonable conduct of Defendant, Walmart, Inc., and its employee John Doe, as aforesaid, Plaintiff, Brittany Teter, sustained multiple injuries, and has incurred and will continue to incur pain and suffering and medical expenses, the total amount of which cannot be ascertained at this time due to the continuing nature of her injuries.

18. Plaintiff, Brittany Teter, as a result of the incident as aforesaid, has incurred medical expenses, has sustained injuries of a continuing and permanent nature and has endured pain and suffering and loss of enjoyment of life.

19. Plaintiff, Brittany Teter, as a result of the incident as aforesaid, has been rendered unable to attend to her usual occupation and duties, and will be similarly caused to be unable to attend to them in the future; she has lost income as a result of her injuries and will continue to lose income in the future because of her injuries.

20. The incident as aforesaid was the sole and proximate result of the unreasonable conduct of Defendant, Walmart, Inc. and it's employee John Doe, and Plaintiff was without negligence on her part contributing to said incident.

21. Defendant, Walmart, Inc., has a non-delegable duty to properly maintain the premises in a safe condition for invitees under Colorado law.

WHEREFORE, Plaintiff prays for judgment against Defendant, Walmart, Inc., in an amount to be determined at trial, plus costs and interest from November 24, 2020, and such other and further relief as the Court deems just and equitable.

Exhibit A

## SECOND CAUSE OF ACTION – NEGLIGENCE AGAINST DEFENDANT, WALMART, INC. UNDER RESPONDEAT SUPERIOR

22.  Plaintiff hereby incorporates paragraphs one through twenty-one as though fully set forth herein.

23.  Upon information and belief, Defendant, Wal-Mart Inc., operates the store known as Walmart Supercenter located at 1575 Space Center Drive, Colorado Springs, CO 80915. This included the time period on or about November 24, 2020.

24.  On or about November 24, 2020, Plaintiff, Brittany Teter, was present at Walmart Supercenter located at 1575 Space Center Drive, Colorado Springs, CO 80915.

25.  On or about November 24, 2020, as Plaintiff was a customer at the store as aforesaid, Defendant Walmart, Inc, its employees, and specifically John Doe, owed a duty of care to Plaintiff.

26.  John Doe, a Walmart employee, was acting within the course and scope of his employment with Defendant Wal-Mart, Inc. when he carelessly pushed shopping carts into Ms. Teter's back.  John Doe breached the duty of care he owed to Ms. Teter.

27.  At the time of the incident, John Doe was engaged in activities in furtherance of Defendant Walmart, Inc's business, as a cart attendant pushing shopping carts within the store. Mr. Doe was acting pursuant to the authorization of his employer Defendant Walmart, Inc. as to the manner of his actions in pushing shopping carts within the store.

28.  John Doe was negligent when he pushed the shopping carts into Ms. Teter's back and this caused the incident with Ms. Teter.

29.  On or about November 24, 2020, Defendant, Wal-Mart, Inc breached its duty of care when its employee, John Doe, pushed multiple shopping carts into the back of Ms. Teter, causing the incident to occur.

30.  Plaintiff was not comparatively negligent at the time of the November 24, 2020 incident.

31.  The incident as aforesaid was the sole and proximate result of Defendant, Wal-Mart Inc.'s  employee John Doe's negligence and his failure to exercise reasonable care in pushing multiple shopping carts around customers, including Ms. Teter, within the Walmart Supercenter.

32.  As a result of the negligence of Defendant, Wal-Mart Inc.'s employee John Doe, as aforesaid, Plaintiff Brittany Teter, did sustain multiple injuries, and has incurred and will continue to incur pain and suffering and medical expenses, the total amount of which cannot be ascertained at this time due to the continuing nature of her injuries.

33.     Plaintiff, Brittany Teter, as a result of the incident as aforesaid, has incurred medical expenses, has sustained injuries of a continuing and permanent nature, and has endured pain and suffering and loss of enjoyment of life.

34.     Plaintiff, Brittany Teter, as a result of Defendant's employee's negligence as aforesaid, has been rendered unable to attend to her usual occupation and duties, and will be similarly caused to be unable to attend to them in the future; she has lost income as a result of her injuries and will continue to lose income in the future because of her injuries.

35.     The incident as aforesaid and the acts and omissions of Defendant's employee, John Doe, on November 24, 2020, are the direct and proximate cause of Plaintiff's injuries.

WHEREFORE, Plaintiff prays for Judgment against Defendant, Walmart, Inc., in an amount to be determined at trial, plus costs, interest from November 24, 2020, and such other and further relief as the Court deems just and equitable.

Respectfully submitted this 14th day of November, 2022.

*A duly signed original is on file at the office of Pribila & Fields, PC*


  /s/ Timothy L. Fields
Timothy L. Fields, #40037
PRIBILA & FIELDS, PC



**ADDRESS OF PLAINTIFF**

5785 Gunshot Pass Drive
Colorado Springs, CO 80917